## JS 44 CIVIL COVER SHEET

### I. PLAINTIFF
Scott Bruno
6352 Enramada Dr.
La Grange, CA 95329

1:25 cv 1967

### DEFENDANTS
Tuolumne County Sheriff's Office; County of Tuolumne; Sheriff David Vasquez; Deputy Sorini; Deputy Rawlinson; Deputy Logan; DOES 1–10

### II. BASIS OF JURISDICTION
[ X ] Federal Question

### III. CITIZENSHIP (Not required for federal question)

### IV. NATURE OF SUIT
[ X ] 440 Civil Rights – Other

### V. ORIGIN
[ X ] 1 Original Proceeding

### VI. CAUSE OF ACTION
42 U.S.C. § 1983 – Constitutional violations; ADA Title II; unlawful seizure; false arrest; retaliation; Monell liability.

### VII. REQUESTED IN COMPLAINT
[ X ] Monetary
[ X ] Injunctive

### VIII. RELATED CASES
None.

DATE: 12/06/2025
SIGNATURE: Scott Bruno (Pro Se)

RECEIVED DEC 22 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK