# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRUNO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF TUOLUMNE et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-1967-BAM<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BE DENIED<br><br>(Doc. 2)<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　　　On December 22, 2025, Plaintiff Scott Bruno ("Plaintiff"), *pro se*, filed this action asserting claims against the County of Tuolumne, Sheriff David Vasquez, Deputy Sorini, Deputy Rawlinson, Deputy Logan, Deputy Atkinson, and the Tuolumne County Sheriff's Office. (Doc. 1.) Plaintiff asserts claims pursuant to 42 U.S.C. § 1983, the Americans with Disability Act, and negligence, intentional infliction of emotional distress, defamation, and conversion. (*Id.*) Plaintiff seeks compensatory and punitive damages, declaratory and injunctive relief, and attorneys' fees and costs. (*Id.* at 31.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2).

　　　　According to Plaintiff's application, he receives monthly income from SSI disability benefits in the amount of $2,465.00 and VA service-connected disability income in the amount of

1  $3,831.30 per month.  (*Id.* at 1.)  Plaintiff provides that his total monthly income is $6,296.30.

2  (*Id.*)  This amounts to an annual income of $75,555.60 ($6,296.30 x 12 months = $75,555.60).

3  Plaintiff lists no dependents.  (*Id.* at 2.)

4      "To satisfy the requirements of 28 U.S.C. § 1915, applicants must demonstrate that

5  because of poverty, they cannot meet court costs and still provide themselves, and any

6  dependents, with the necessities of life."  *Soldani v. Comm'r of Soc. Sec.*, No. 1:19-cv-00040,

7  2019 WL 2160380, at *1 (E.D. Cal. Jan. 31, 2019).  Many courts look to the federal poverty

8  guidelines set by the United States Department of Health and Human Services ("HHS") as a

9  guidepost in evaluating in forma pauperis applications. *See Martinez v. Kristi Kleaners, Inc*., 364

10  F.3d 1305, 1307 n.5 (11th Cir. 2004); *Boulas v. United States Postal Serv*., No. 1:18-cv-01163-

11  LJO-BAM, 2018 WL 6615075, at *1 (E.D. Cal. Nov. 1, 2018) (applying federal poverty

12  guidelines to *in forma pauperis* application).  For a family or household of one, the 2025 poverty

13  guideline is $15,650.  *See U.S. Federal Poverty Guidelines Used to Determine Financial*

14  *Eligibility for Certain Federal Programs*, available at https://aspe.hhs.gov/topics/poverty-

15  economic-mobility/poverty-guidelines (last visited December 29, 2025).

16      Having considered Plaintiff's application, the Court finds that Plaintiff has not made the

17  showing required by section 1915 that he is unable to pay the required fees for this action.

18  Plaintiff's household estimated annual income exceeds that of the federal poverty guidelines.  In

19  light of this, there is no indication that Plaintiff is unable to pay the filing fee while also providing

20  for the necessities of life.  Accordingly, the Clerk of the Court is HEREBY DIRECTED to

21  randomly assign a District Judge to this action.

22      Furthermore, it is HEREBY RECOMMENDED that:

23      1.    Plaintiff's application to proceed without prepayment of fees and costs (Doc. 2) be

24  DENIED; and

25      2.    Plaintiff be required to pay the $405.00 filing fee in full to proceed with this

26  action.

27      These Findings and Recommendations will be submitted to the United States District

28  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within

**fourteen (14) days** after being served with these Findings and Recommendations, the parties may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  **Objections, if any, shall not exceed fifteen (15) pages or include exhibits.  Exhibits may be referenced by document and page number if already in the record before the Court.  Any pages filed in excess of the 15-page limit may not be considered.**  The parties are advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **December 29, 2025**              /s/ Barbara A. McAuliffe            _
                                           UNITED STATES MAGISTRATE JUDGE

3