**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT BRUNO,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNT OF TUOLUMNE, et al.,<br><br>   Defendants. | Case No. 1:25-cv-01967 KES FRS (EPG)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>Doc. 3 |

    Scott Bruno moved to proceed in forma pauperis in this action. Doc. 2. The magistrate judge reviewed his application and observed that Bruno's annual income totaled $75,550.60. Doc. 3 at 2. The magistrate judge found Bruno did not make the required showing that he was unable to pay the required fees, and the magistrate judge recommended the court deny the motion. *Id.* The court served the findings and recommendations upon Bruno and notified him that any objections were due within 14 days. *Id.* at 4. Bruno did not file objections, but he paid the filing fee in full on January 12, 2026.

    Consistent with the provisions of 28 U.S.C. § 636(b)(1), the court conducted a de novo review of the case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis. The court **ORDERS**:

    1.    The findings and recommendations issued on January 14, 2026 (Doc. 9), are **ADOPTED** in full.

1

2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED**.

3. The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    February 26, 2026

_____
UNITED STATES DISTRICT JUDGE

2