UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRUNO,<br><br>                Plaintiff,<br><br>        v.<br><br>COUNTY OF TUOLUMNE, et al.,<br><br>                Defendants. | Case No.  1:25-cv-01967-KES-FJS<br><br>ORDER DENYING MOTION FOR PERMISSION TO USE ELECTRONIC CASE FILING<br><br>(ECF No. 11) |

On April 13, 2026, Plaintiff Scott Bruno ("Plaintiff"), proceeding pro se, filed a motion for permission to file electronically using the Court's Case Management/Electronic Case Filing ("CM/ECF") system.  (ECF No. 11.)  Plaintiff states that he "possesses substantial experience with web-based technologies, electronic systems, and document management," and agrees to comply with the relevant Local Rules and Federal Rules of Civil Procedure. (*Id.* at 2, 3.)

Plaintiff states that granting this request will "[p]romote judicial efficiency, [e]nsure timely filing and service, [r]educe administrative burden on the Clerk's Office, [and] [i]mprove compliance with deadlines and court procedures."  (*Id*.)  Plaintiff further argues that good cause exists to grant this request because "[t]his is a federal civil rights action involving multiple defendants and anticipated motion practice," "[t]he case will require frequent filings and timely responses," "[m]annual filing creates unnecessary delay and burden, and "[e]lectronic filing promotes accuracy, efficiency, and judicial economy."  (*Id.*)

1

Pursuant to the Local Rules, a pro se party shall file and serve paper documents and may not utilize electronic filing unless granted permission by the Court. L.R. 133(a)-(b).  A pro se party may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an explanation of reasons for the exception."  L.R. 133(b)(3).

Upon review of the filings in this action and the instant request, the Court finds that this action currently does not warrant an exception to the Local Rule.  Documents intended to be filed with the Court must be mailed to the Clerk of the Court.  *See* L.R. 134(a).

Accordingly, Plaintiff's motion for permission to utilize electronic filing is DENIED without prejudice.  IT IS HEREBY ORDERED that Plaintiff's motion for permission to utilize electronic filing (ECF No. 11) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **April 14, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2