UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT BRUNO,

Plaintiff,

v.

COUNTY OF TUOLUMNE, et al.,

Defendants.

Case No. 1:25-cv-01967-KES-FJS

ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION

On August 5, 2026, Defendants County of Tuolumne, Tuolumne County Sheriff's Department, Sheriff David Vazquez, Deputy Sorini, Deputy Rawlinson, Deputy Logan, and Deputy Atkinson ("Defendants") filed a motion to strike the first amended complaint. (ECF No. 28.) On August 11, 2026, Plaintiff Scott Bruno ("Plaintiff") filed an opposition. (ECF No. 29.) Defendants filed a reply on August 21, 2026. (ECF No. 30.)

A hearing on Defendants' motion is currently noticed for September 11, 2026, at 10:00 am before Magistrate Judge Frank J. Singer. The court is evaluating the parties' papers. As such, the court ORDERS the hearing VACATED, with the matter to be taken under submission as of that date. If the court subsequently determines that oral argument is necessary, it will set a hearing by separate order. Local Rule 230(g).

IT IS SO ORDERED.

Dated: **September 3, 2026**

UNITED STATES MAGISTRATE JUDGE